# KAUFMAN BORGEEST & RYAN LLP

**ATTORNEYS AT LAW**

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

| | | | | |
|---|---|---|---|---|
| ANDREW S. KAUFMAN† | OF COUNSEL: | | TIMOTHY E. MCCARTHY* | KATELIN B. O'ROURKE |
| WAYNE E. BORGEEST | MARIBETH SLEVIN | | JEFFREY A. GRALNICK | BETSY PHILIP |
| JULIANNA RYAN | SHERRI M. FELDMAN° | | TRACEY REISER-PERTOSOTI | SARA K. WALKER |
| LEE E. BERGER | | | KATHERINE J. O'BRIEN†† | KERI B. WASSERSTEIN° |
| LORETTA A. KREZ* | APPELLATE COUNSEL: | | DAMIEN SMITH | REMI D. FLAISHMAN* |
| JOAN M. GILBRIDE†† | JACQUELINE MANDELL | | ANDREW S. KOWLOWITZ*° | MELISSA A. MANNING* |
| JONATHAN D. RUBIN‡ | JONATHAN R. HAMMERMAN | | MATTHEW M. FERGUSON° | THOMAS LOOKSTEIN |
| JUDITH M. FISHER* | HEATHER LASCHEVER* | | D. RYAN BLOOMQUIST | ROBERT E. PEKETE |
| A. MICHAEL FURMAN* | CAROL S. DOTY††† | | CRISTINA LA MARCA | JULIE A. MICKIEWICZ†† |
| MICHAEL P. MEZZACAPPA*‡ | BARBARA-ANN M. COSTELLO | | EDWARD R. NORIEGA□ | LORRAINE C. SYLVESTER* |
| DOUGLAS J. FITZMORRIS | ELIZABETH O'BRIEN TOTTEN | | MATTHEW SPERGEL | JESSICA MOLINARES |
| STEVEN D. WEINER | RICHARD A. PRETTI | | PAUL T. CURLEY | JENNIFER M. HAMILTON |
| SCOTT A. SCHECHTER | REBECCA KILDUFF | | ROBERT A. BENJAMIN* | ANN MARIE M. ANDREWS* |
| CHRISTOPHER E. DiGIACINTO* | KRISTOPHER M. DENNIS* | | KATHRYN C. COLLINS | BAIN R. LOUCKS* |
| JONATHAN B. BRUNO* | BELINDA DODDS-MARSHALL*† | | JANINE C. CIALLELLA†† | |
| PAUL J. COLUCCI | JULIE A. KEEGAN | | ELAN R. KANDEL*†† | † ALSO ADMITTED IN PA |
| MARGARET J. DAVINO*†† | STEPHANIE B. GITNIK | | BRIAN M. SHER* | * ALSO ADMITTED IN NJ |
| JEFFREY C. GERSON†† | JENNIFER BIRNBAUM | | MARGARET M. O'CONNOR | ‡ ALSO ADMITTED IN DC |
| ROCCO P. MATRA° | MICHAEL R. JANES | | JOSHUA B. SANDBERG | †† ALSO ADMITTED IN CT |
| JOHN B. MULLAHY* | R. EVON HOWARD* | | EILEEN R. FULLERTON†† | ▪ ALSO ADMITTED IN MA |
| MELINDA R. MARGOLIES‡ | LEONARD B. COOPER†† | | DENNIS J. DOZIS* | ◇ ALSO ADMITTED IN TX |
| JEFFREY S. WHITTINGTON° | ANDREW R. JONES | | LYNN M. DUKETTE | ● ALSO ADMITTED IN FL |
| CHRISTINE HEENAN | KEITH L. KAPLAN†† | | RISA D. TARKOFF* | ◇ ALSO ADMITTED IN CA |
| | VINCENT C. ANSALDI†† | | MILLI SHAH* | ⋉ ADMITTED IN NJ ONLY |
| | DAVID J. VARRIALE*†† | | KATHRYN M. WALSH | □ ADMITTED IN CA ONLY |
| | DOUGLAS J. DOMSKY | | LAURA B. JUFFA | ⋊ BARRISTER AT LAW |
| | | | | ADMITTED IN ENGLAND & WALES |

April 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

**VIA FAX AND FEDERAL EXPRESS**
Honorable Gerard E. Lynch
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re:    AXIS Reinsurance Company v. Phillip Bennett, et al.
Index Nos.:   07-CV-07924 (GEL); 07-CV-01712 (RDD); 08-CV-03242 (GEL)

Dear Judge Lynch:

    We represent AXIS Reinsurance Company ("AXIS") in connection with the captioned matters. Together with Helen Kim (counsel to Mr. Klejna) and Ivan Kline (counsel for William Sexton and Gerald Sherer, and who is serving as scheduling representative for the remaining Insureds moving for summary judgment[1]), we write to Your Honor to jointly request that Your Honor approve a briefing schedule which was negotiated and agreed upon by the parties.

    On Friday evening, March 28, 2008, counsel to Mr. Klejna filed a motion for summary judgment seeking dismissal from the AXIS Declaratory Judgment Action (docket 07-CV-07924-GEL)[2] and a declaration of coverage under Count 1 of his counterclaim (docket 07-CV-01712-RDD Bankr. SDNY).[3]

---

[1] In addition to Mssrs. Sexton and Sherer, the other Insureds who will be moving for summary judgment are Philip Silverman, Joseph Murphy, Tone Grant, Leo Breitman, Nathan Gantcher, David Harkins, Scott Jaeckel, Thomas Lee, Ronald O'Kelley and Scott Schoen (collectively, the "Other Insureds").

[2] 07-CV-07924 (GEL) is the declaratory judgment complaint AXIS filed in the District Court. Your Honor stayed all litigation in that action until 30 days after a decision on AXIS's appeal of the advancement rulings. Through this letter, AXIS does not intend to waive the defense that filing the summary judgment motion with respect to AXIS's declaratory judgment action was a violation of the litigation stay.

[3] This counterclaim was asserted in the Adversary Action initiated by AXIS (07-CV-01712-RDD). AXIS's complaint in that matter was dismissed by the Bankruptcy Court without prejudice. Your Honor withdrew the

Ltr. to Honorable Gerard E. Lynch
Page 2 of 2

        Pursuant to Local Rule 6.1(b), AXIS's opposition to Mr. Klejna's motion is due April 11,
2008. AXIS has not requested any previous extensions on this motion.

        AXIS has been informed by Mr. Kline that other Insureds intend to file a similar
(collective) motion for summary judgment on or before Wednesday, April 9, 2008. The parties
request a consolidated briefing schedule for the two summary judgment motions as follows:

**Brief in opposition – one brief from AXIS:**     **May 2, 2008**
**Reply briefs from the Insureds:**                **May 23, 2008.**

        The parties respectfully request that Your Honor approve this proposed briefing schedule.


                            Respectfully,

                    KAUFMAN BORGEEST & RYAN LLP


                        Wayne E. Borgeest
                        Joan M. Gilbride
                        Robert A. Benjamin


cc: all counsel (via email only)




                            SO ORDERED

                        _____
                        GERARD E. LYNCH, U.S.D.J.
                                4/4/08




reference on the counterclaims filed in that Adversary Action. The District Court has not yet assigned a new docket
number for the counterclaims.

KAUFMAN BORGEEST & RYAN LLP