MATTHEW R. GOLDMAN (MG-0719)
WENDY J. GIBSON
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th Street
Cleveland, Ohio 44114
Telephone:     (216) 621-0200
Facsimile:      (216) 696-0740

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIS REINSURANCE COMPANY, | |
| Plaintiff, | |
| vs. | Case No. 08-cv-3242-UA |
| PHILLIP R. BENNETT, *et al.*, | |
| Defendants. | |
| In re: | Chapter 11 |
| REFCO, INC., et al., | Case No. 05-60006 (RDD) |
| Debtors. | (Jointly Administered) |

## APPLICATION FOR WITHDRAWAL

Please take notice that Baker & Hostetler, LLP, and attorneys Matthew R. Goldman and Wendy J. Gibson hereby seek to withdraw their appearances on behalf of Dennis Klejna in this adversary proceeding, and request to be removed from the service lists maintained in connection with this adversary proceeding. Matthew R. Goldman additionally requests to be removed as lead attorney on behalf of Mr. Klejna in this adversary proceeding pursuant to Local Civil Rule 1.4. The reasons for the Application are more specifically set out in the Declaration of Matthew R. Goldman in Support of Application for Withdrawal of Counsel and Substitution of New Lead Attorney being filed concurrently. A proposed order is attached.

Dated:  April 14, 2008                             Respectfully submitted,

                                                    /s/ Matthew R. Goldman
                                                   MATTHEW R. GOLDMAN (MG-0719)
                                                   WENDY J. GIBSON
                                                   BAKER & HOSTETLER LLP
                                                   3200 National City Center
                                                   1900 E. 9th Street
                                                   Cleveland, Ohio 44114
                                                   Telephone:   (216) 621-0200
                                                   Facsimile:    (216) 696-0740

# Proposed Order

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIS REINSURANCE COMPANY, : | |
| Plaintiff, : | |
| vs. : | Case No. 08-3242-UA |
| PHILLIP R. BENNETT, *et al.*, : | |
| Defendants. : | |
| In re: : | Chapter 11 |
| REFCO, INC., et al., : | Case No. 05-60006 (RDD) |
| Debtors. : | (Jointly Administered) |

For good cause shown, it is hereby ORDERED,

That Baker & Hostetler LLP, Matthew R. Goldman, and Wendy J. Gibson are hereby withdrawn as counsel for Dennis Klejna and Joseph Murphy on the record of the above-captioned District Court proceeding, and that the following shall be substituted as lead attorneys in the proceeding: Helen B. Kim as lead attorney for Dennis Klejna, and John J. Jerome as lead attorney for Joseph Murphy.

Date:_____    _____
                                                              United States District Judge

Consented to by:

__/s/ Matthew R. Goldman_____
Matthew R. Goldman
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
Ph: 216.621.0200
Fax: 216.696.0740
Withdrawing Counsel

\_\_/s/ Helen B. Kim_____
Helen B. Kim
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Ph: 310.788.4400
Fax: 310.788.4471
Counsel for Dennis Klejna


\_\_/s/ John J. Jerome_____
John J. Jerome
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Ph: 212.672.1996
Fax: 212.672.1920

Counsel for Joseph Murphy

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Application for Withdrawal was served upon each of the following by U.S. first-class mail, postage prepaid:

Helen Kim, Esq.
Katten Muchin Roseman LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012

John J. Jerome, Esq.
Saul Ewing LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186

and on all other counsel of record by the court's electronic filing system, all this 14th day of April 2008.

                                          /s/ Matthew R. Goldman
                                          Matthew R. Goldman