**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

# Katten
Katten Muchin Rosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
310.788 4471 fax

HELEN B. KIM
helen.kim@kattenlaw.com
310.788.4525 direct

May 22, 2008

<u>Via Facsimile</u>

Honorable Gerard E. Lynch, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re:        **AXIS Reinsurance Company v. Phillip Bennett, et al.**
Index Nos: **(1) 07-CV-07924 (GEL); and**
           **(2) 07-AP-1712 (RDD); Reference Withdrawn at**
           **No. 08-CV-03242 (GEL)**

Dear Judge Lynch:

This firm represents Defendant and Counterclaim Plaintiff Dennis A. Klejna in connection with the captioned matters. On behalf of Mr. Klejna and all of the Movants other than Tone Grant, we request an extension of the 10 page limit for their single brief in further support of the two Summary Judgment Briefs filed by the Movants.

The Movants request permission to file a single 25 page brief in reply. The Movants' reply brief is due on May 23, 2008. Axis' counsel has indicated no objection to this request. ] ok

Respectfully submitted,

*Helen B. Kim/PAN*

Helen B. Kim

HBK:nad

cc:    all counsel (via email only)

SO ORDERED
*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
5/22/08