HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:    310-788-4525
Facsimile:    310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:    212-940-8834
Facsimile:    212-940-8776

*Attorneys for Defendant and Counterclaim Plaintiff Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AXIS REINSURANCE COMPANY,                  :    Adv. Proc. No. 07-01712 RDD
                                           :    (Reference Withdrawn:
              Plaintiff,                   :    Case No. 08-cv-03242 (GEL))
       v.                                  :
                                           :    **NOTICE OF APPEARANCE**
PHILLIP R. BENNETT, et al.,                :
                                           :
              Defendants.                  :
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as lead counsel for Defendant and Counterclaim Plaintiff Dennis A. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: May 29, 2008

Respectfully submitted,

HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP

/s/ Helen B. Kim
2029 Century Park East, Suite 2600
Los Angeles, CA 90068
Telephone: 310-788-4525
Facsimile: 310-788-4471
Email: helen.kim@kattenlaw.com
*Attorneys for Defendant and Counterclaim Plaintiff Dennis A. Klejna*

84299273