HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:   310-788-4525
Facsimile:   310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:   212-940-8834
Facsimile:   212-940-8776

*Attorneys for Defendant and Counterclaim Plaintiff Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
AXIS REINSURANCE COMPANY,                    :   Adv. Proc. No. 07-01712 RDD
                                              :   (Reference Withdrawn:
                    Plaintiff,                :   Case No. 08-cv-03242 (GEL))
         v.                                   :
                                              :   **NOTICE OF APPEARANCE**
PHILLIP R. BENNETT, et al.,                   :
                                              :
                    Defendants.               :
-------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as co-counsel for Defendant and Counterclaim Plaintiff Dennis A. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: May 29, 2008

                                      Respectfully submitted,

                                      PHILIP A. NEMECEK (PN-3319)
                                      KATTEN MUCHIN ROSENMAN LLP

                                      /s/ Philip A. Nemecek
                                      575 Madison Avenue
                                      New York, NY 10022-2585
                                      Telephone: 212-940-8834
                                      Facsimile: 212-940-8776
                                      Email: philip.nemecek@kattenlaw.com
                                      *Attorneys for Defendant and Counterclaim Plaintiff Dennis A. Klejna*

84299284