UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXIS REINSURANCE COMPANY, : | |
| Plaintiff, : | |
| vs. : | Case No. 08-3242-UA |
| PHILLIP R. BENNETT, *et al.*, : | |
| Defendants. : | |
| In re: : | Chapter 11 |
| REFCO, INC., et al., : | Case No. 05-60006 (RDD) |
| Debtors. : | |
| : | (Jointly Administered) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

For good cause shown, it is hereby ORDERED,

That Baker & Hostetler LLP, Matthew R. Goldman, and Wendy J. Gibson are hereby withdrawn as counsel for Dennis Klejna and Joseph Murphy on the record of the above-captioned District Court proceeding, and that the following shall be substituted as lead attorneys in the proceeding: Helen B. Kim as lead attorney for Dennis Klejna, and John J. Jerome as lead attorney for Joseph Murphy.

Date: June 24, 2008

_____
United States District Judge

Consented to by:

/s/ Matthew R. Goldman
Matthew R. Goldman
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
Ph: 216.621.0200
Fax: 216.696.0740
Withdrawing Counsel

__/s/ Helen B. Kim__
Helen B. Kim
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Ph: 310.788.4400
Fax: 310.788.4471
Counsel for Dennis Klejna


__/s/ John J. Jerome__
John J. Jerome
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Ph: 212.672.1996
Fax: 212.672.1920

Counsel for Joseph Murphy

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Application for Withdrawal was served upon each of the following by U.S. first-class mail, postage prepaid:

Helen Kim, Esq.
Katten Muchin Roseman LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012

John J. Jerome, Esq.
Saul Ewing LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186

and on all other counsel of record by the court's electronic filing system, all this 14th day of April 2008.

                                                /s/ Matthew R. Goldman
                                                Matthew R. Goldman