| | |
|---|---|
| DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------ X<br>AXIS REINSURANCE COMPANY,<br>                              Plaintiff,<br>        v.<br>PHILLIP R. BENNETT, et al.,<br>                              Defendants.<br>------------------------------------------------------------------ X | *Electronically Filed*<br><br>No. 07-CV-07924-GEL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/21/08 |
| In re<br><br>REFCO, INC., et al.,<br><br>                              Debtors.<br>------------------------------------------------------------------ X | Chapter 11<br><br>Case No. 05-60006-RDD<br><br>Jointly Administered |
| AXIS REINSURANCE COMPANY,<br><br>                              Plaintiff,<br>        v.<br>PHILLIP R. BENNETT, et al.,<br><br>                              Defendants.<br>------------------------------------------------------------------ X | Adv. Proc. No. 07-01712-RDD<br>Reference Withdrawn:<br>No. 08-CV-03242-GEL<br>Appeals:<br>(1) No. 07-CV-09420-GEL<br>(2) No. 07-CV-09842-GEL<br>(3) No. 07-CV-10302-GEL |
| TONE N. GRANT, et al.,<br><br><br><br>                              Plaintiffs,<br>        v.<br>AXIS REINSURANCE COMPANY,<br><br>                              Defendant. | Adv. Proc. 07-02005-RDD<br>*consolidated with 07-01712-RDD*<br>Reference Withdrawn:<br>No. 08-CV-03243-GEL<br>Appeals:<br>(1) No. 07-CV-09843-GEL<br>(2) No. 07-CV-10302-GEL |

[caption continued on next page]

```
------------------------------------------------------------------- X
LEO R. BREITMAN, et al.,                    :    Adv. Proc. No. 07-02032-RDD
                                            :    consolidated with 07-01712-RDD
                                            :    Reference Withdrawn:
                                            :    No. 08-CV-03303-GEL
                      Plaintiffs,           :    Appeal:
          v.                                :    (1) No. 07-CV-10302-GEL
                                            :
AXIS REINSURANCE COMPANY,                   :
                                            :
                      Defendant.            :
------------------------------------------------------------------- X
```

## STIPULATION TO ADMINISTRATIVELY CLOSE AND/OR CONSOLIDATE THE CAPTIONED DOCKETS

WHEREAS, each of the captioned dockets involves the dispute between AXIS Reinsurance Company ("AXIS") and its Insureds;

WHEREAS, docket number 08-CV-03242-GEL contains the Officer counterclaims (to AXIS's Bankruptcy Court adversary action, which was dismissed by the Bankruptcy Court);

WHEREAS, docket number 07-CV-07924-GEL is the complaint AXIS filed in the District Court, which has not been served;

WHEREAS, the remaining docket numbers represent matters which have now been fully adjudicated; and

WHEREAS, it was agreed by the parties that the dockets for those matters which have been fully adjudicated should be closed, and the remaining dockets should be administratively consolidated, at this time;

NOW THEREFORE, it is hereby stipulated, consented and agreed to, by and among the parties hereto, as follows:

1.  Subject to further order of this Court, dockets 07-CV-07924-GEL and 08-CV-03242-GEL shall be administratively consolidated pursuant to Federal Rule of Civil Procedure 42(a), and hereafter all documents filed in connection with either of those dockets will be made under docket number 07-CV-07924-GEL, and shall bear the following caption:

```
------------------------------------------------------------------ X
IN RE:                                                             :
                                                                   :    No. 07-CV-07924-GEL
       AXIS  REINSURANCE  COMPANY  REFCO                           :
       RELATED INSURANCE LITIGATION                                :
                                                                   :
------------------------------------------------------------------ X
```

2.  Subject to further order of this Court, Docket Nos. 07-CV-09420-GEL, 07-CV-09842-GEL, 07-CV-09843-GEL, 07-CV-10302-GEL, 08-CV-03243-GEL, and 08-CV-03303-GEL shall be closed.

3.  AXIS shall file an amended complaint on or before July 25, 2008 via ECF and email notification;

4.  The Insureds agree to waive service of AXIS's amended complaint; and

5.  The Insureds shall file answers or otherwise respond to AXIS's amended complaint on or before August 22, 2008.

| **KAUFMAN BORGEEST & RYAN LLP** | **WEIL, GOTSHAL & MANGES LLP** |
|---|---|
| /s/ Robert A. Benjamin | /s/ Michael J. Walsh |
| Joan M. Gilbride (JG-6238) | Greg A. Danilow (GD-1621) |
| Robert A. Benjamin (RB-9891) | Michael F. Walsh (MW-8000) |
| 200 Summit Lake Drive | 767 Fifth Avenue |
| Valhalla, New York 10510 | New York, New York 10153 |
| *Attorneys for AXIS Reinsurance Company* | *Attorneys for Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen* |

**ZUCKERMAN SPAEDER LLP**

/s/ Norman L. Eisen
Norman L. Eisen (*pro hac vice*)
1540 Broadway, Suite 1604
New York, New York 10036
*Attorneys for Tone N. Grant*

**MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

/s/ Barbara Moses
Barbara Moses (BM-2952)
565 Fifth Avenue
New York, New York 10017
*Attorneys for Robert C. Trosten*

**HELLER EHRMAN LLP**

/s/ Richard Cashman
Richard Cashman (RC-4769)
Times Square Tower
7 Times Square
New York, New York 10036
*Attorneys for Philip Silverman*

**FRIEDMAN & WITTENSTEIN, PC**

/s/ Ivan Kline
Stuart I. Friedman (SF-9186)
Ivan Kline (IK-9591)
600 Lexington Avenue
New York, New York 10022
*Attorneys for William M. Sexton and Gerald M. Sherer*

**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**

/s/ Jeffrey T. Golenbock
Jeffrey T. Golenbock (JG-2217)
437 Madison Avenue, 35th Floor
New York, New York 10022
*Attorneys for Phillip R. Bennett*

**SAUL EWING LLP**

/s/ John J. Jerome
John J. Jerome (JJ-2413)
245 Park Avenue-24th Floor,
New York, New York 10595
*Attorneys for Joseph Murphy*

**KATTEN MUCHIN ROSENMAN LLP**

/s/ Helen B. Kim
Helen B. Kim (HK-8757)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
*Attorneys for Dennis Klejna*

SO ORDERED this 21st day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE